BLANK ROME LLP
Colleen A. Carolan (SBN 210755)
Carolan@BlankRome.com
1925 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:     424.239.3400
Facsimile:     424.239.3434

Attorneys for Defendant
REMBRANDT IP SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP C. HARTSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>REMBRANDT IP SOLUTIONS, LLC, and DOES 1through 25, Inclusive , <br><br>Defendants. | Case No. 3:12-cv-02270-NC<br><br>**DECLARATION OF DEREK WOOD IN SUPPORT OF REMBRANDT IP SOLUTIONS, LLC'S MOTION TO DISMISS THE COMPLAINT UNDER F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)** |

## DECLARATION OF DEREK WOOD

I, Derek Wood, hereby declare as follows:

1.     I am Corporate Counsel and Secretary for Rembrandt IP Management, LLC ("RIPM"), the parent company of Defendant Rembrandt IP Solutions, LLC ("RIPS").  I have held this position since 2005.  I also serve as Secretary of RIPS, a position I have held since 2009.

2.     As a result of my positions, I have detailed knowledge of RIPM's and RIPS's corporate organization and operations, including matters relating to their respective employees and employment agreements.

1

3.      RIPM's business model focuses on identifying valuable United States patents and realizing the value of such patent rights through litigation and the negotiation of licenses.

4.      RIPS is responsible for identifying and developing opportunities that may be appropriate for RIPM's business model.

5.      The corporate headquarters and principal place of business for each of RIPM and RIPS is located in Bala Cynwyd, Pennsylvania.  As of the date of this declaration, all officers and employees of RIPM and RIPS work in Pennsylvania.

6.      Philip Hartstein, the Plaintiff in this litigation, was employed by RIPS as a Managing Director of Business Development from January 1, 2010, until his resignation on March 5, 2012.  As a Managing Director of Business Development, Plaintiff had responsibility for all aspects of the company's business development efforts, including interaction with patent owners and owners of prospective investment opportunities located throughout the United States.

7.      On December 23, 2009, approximately one week prior to starting employment with RIPS, Plaintiff executed an Employment Agreement governing the terms of his employment relationship with RIPS.  Exhibit A to Plaintiff's Complaint, which I have reviewed in connection with this Declaration, appears to be a true and correct copy of Plaintiff's Employment Agreement with RIPS.

8.      On or about April 15, 2012, RIPS learned that Plaintiff had accepted employment with IP Navigation Group, a direct competitor with RIPS.  Among other things, RIPS and IP Navigation Group compete for similar patent portfolios and investment opportunities in the patent monetization industry.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 10, 2012

Derek Wood

2

1  **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3         I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, 19th Floor,
4  Los Angeles, California 90067.

5         On May 11, 2012, I served the foregoing documents described as: DECLARATION OF DEREK WOOD IN SUPPORT OF REMBRANDT IP SOLUTIONS, LLC'S MOTION TO
6  DISMISS THE COMPLAINT UNDER F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) on the parties in this action by
7  serving:

8        **Keith L. Slenkovich, Esq.**
      **Leizel A. Ching, Esq.**
9     **Wilmer Cutler Pickering Hale and Dorr LLP**
      **950 Page Mill Road**
10        **Palo Alto, CA  94303**
      **Phone:  650-858-6000**
11        **Fax:  650-858-6100**
   **Email:  keith.slenkovich@wilmerhale.com**
12      **Email: leizel.galon@wilmerhale.com**

13  ☒    **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed
14  envelopes addressed as below and delivering such envelopes:

15  ☒    **By Mail**:  As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in
16  the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date
17  of deposit for mailing in affidavit.

18  ☐    **By Federal Express**:  I caused the envelope(s) to be delivered to the Federal Express office at 1925 Century Park East, 19th Fl., Los Angeles, California 90067, on May 11, 2012, for
19  delivery on the next-business-day basis to the offices of the addressee(s).

20  ☐    **By E-Mail Electronic Transmission**:   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to
21  the person(s) at the e-mail address(es) so indicated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was
22  unsuccessful.

23        Executed on May 11, 2012, at Los Angeles, California.

24  ☒    **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
25

26        _/s/ Michelle Grams_____
27        Michelle L. Grams

28