IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP C. HARTSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>REMBRANDT IP SOLUTIONS, LLC, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 12-2270<br><br>ORDER TO SHOW CAUSE RE <u>SUBJECT MATTER JURISDICTION</u> |

This action was removed to federal court on May 4, 2012 and was initially assigned to Magistrate Judge Nathanael M. Cousins ("Judge Cousins"). On May 11, 2012, Judge Cousins issued an Order to Show Cause to determine whether the exercise of subject matter jurisdiction would be appropriate. ECF No. 6 ("Order"). The case was subsequently reassigned to this Court. Like Judge Cousins, this Court has concerns regarding the exercise of subject matter jurisdiction. For the reasons set forth in Judge Cousin's Order, the Court ORDERS Defendant Rembrandt IP Solutions, LLC ("Rembrandt") to SHOW CAUSE why this case should not be remanded back to state court. Rembrandt must show cause in writing no later than June 5, 2012.

IT IS SO ORDERED.

Dated: May 22, 2012

UNITED STATES DISTRICT JUDGE