1 BLANK ROME LLP
Colleen A. Carolan (SBN 210755)
2 Carolan@BlankRome.com
Howard M. Knee (55048)
3 Knee@BlankRome.com
1925 Century Park East, 19th Floor
4 Los Angeles, CA 90067
Telephone:    424.239.3400
5 Facsimile:    424.239.3434

6 Attorneys for Defendant
REMBRANDT IP SOLUTIONS, LLC
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | PHILIP C. HARTSTEIN, | Case No. 3:12-cv-02270-SC |
|---|---|---|
| 12 | Plaintiff, | *[Assigned To Honorable Samuel Conti, Courtroom 1]* |
| 13 | vs. | |
| 14 | REMBRANDT IP SOLUTIONS, LLC, and DOES 1through 25, Inclusive , | **DECLARATION OF DEREK WOOD IN SUPPORT OF REMBRANDT IP SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE** |
| 15 | | |
| 16 | Defendants. | |

17

18

19 **DECLARATION OF DEREK WOOD**

20     I, Derek Wood, hereby declare as follows:

21     1.     I am Corporate Counsel and Secretary for Rembrandt IP Management, LLC
22 ("RIPM"), the parent company of Defendant Rembrandt IP Solutions, LLC ("RIPS").  I have held
23 this position since 2005.  I also serve as Secretary of RIPS, a position I have held since 2009.

24     2.     As a result of my positions, I have detailed knowledge of RIPM's and RIPS's
25 corporate organization and operations, including matters relating to their respective members and the
26 citizenship of those members.

27

28

1
**DECLARATION OF DEREK WOOD**

122237.00201/12204803V.3

1        4.     RIPM is the sole member of RIPS.  RIPM is a limited liability company established

2    under the laws of the State of Delaware, with a principal place of business in the Commonwealth of

3    Pennsylvania.

4        5.     RIPM also has only one member.  The sole member of RIPM is an individual who

5    resides in and is a citizen of the Commonwealth of Pennsylvania.

6

7        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements

8    are true and correct to the best of my knowledge and belief.

9

10   Dated: _May 29, 2012_                   _Derek Wood_

11                                               Derek Wood

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2